## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                  Case No: 12-20015-01-CM

**CONNIE EDWARDS (01),**

      Defendant.

                                  **Atty for Govt: Sheri McCracken and David Zabel**
                                                        **Atty for Deft: Kirk C. Redmond**

| JUDGE: | Carlos Murguia | DATE: | 3/4/2013 |
|---|---|---|---|
| CLERK: | Sharon Scheurer | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETER: | | PRETRIAL/PROBATION: | |

☒  For Details of Sentence See Judgment and Commitment Order

☐  Restitution Ordered under 18:3663        $ _____    on count(s)
                                              $ _____    on count(s)

☐  **Total Restitution:**                      $

☐  Defendant Fined                     $ _____    on count(s) _____
                                              $ _____    on count(s)

☐  **Total Fine:**                               $

☒  Defendant Assessed under 18:3013     $ 100.00    on count(s) 1 of 3rd superseding indictment
                                                      $ _____    on count(s)

☒  **Total Assessment:**                $ 100.00

☒  Count(s) REMAINING dismissed by the court on the motion of the United States.
☒  Government  ☒  Defendant   - Advised of right to appeal
☐  Defendant to voluntarily surrender:
☐  Defendant remanded to custody
☐  Stay of Execution   ☐  Granted    ☐  Denied
☒  Notes:
The court accepts defendants Rule 11(c)(1)(C) plea and imposes the agreed upon sentence.